Paul Swenson Prior, Esq.
Nevada Bar No. 9324
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: sprior@swlaw.com

*Attorneys for Defendant DeVry University, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LORI BRYANT, an individual,<br><br>                    Plaintiffs,<br>vs.<br><br>DEVRY UNIVERSITY INCORPORATED, a Foreign Corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>                    Defendants. | Case No. 2:16-cv-01608-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT**<br><br>**(First Request)** |

Plaintiff Lori Bryant ("Plaintiff") and Defendant DeVry University, Inc. ("Defendant") (collectively, the "Parties"), for good cause shown, hereby stipulate and agree to an extension for Defendant to respond to Plaintiff's Complaint filed on July 7, 2016. This is the Parties' first extension request.

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 6-1, there exists good cause to grant this extension to respond for the following reasons:

1. Defendant was served with the Complaint on September 21, 2016.

2. Defendant's response to the Complaint is currently due on October 12, 2016.

3. Counsel for Defendant was only recently retained, and requires additional time to locate, organize, and review the relevant documents and prepare the appropriate response.

4. Defendant also requires additional time in order for its lead counsel, Elisabeth Watson and Larry Lawrence of the law firm Seyfarth Shaw, LLP to submit *pro hac vice* applications in this matter.

5. On October 10, 2016, the Parties agreed to the extension requested herein.

6. This stipulated extension request is sought in good faith and is not made for the purpose of delay.

IT IS HEREBY STIPULATED that Defendant's deadline to file a responsive pleading to Plaintiff's Complaint shall be continued to November 11, 2016.

Dated: October 12, 2016

HATFIELD & ASSOCIATES, LTD.

*/s/ Trevor J. Hatfield*
Trevor J. Hatfield, Esq.
Nevada Bar No. 7373
703 South Eighth Street
Las Vegas, Nevada 89101
*Attorney for Plaintiff Lori Bryant*

Dated: October 12, 2016

SNELL & WILMER L.L.P.

*/s/ Paul Swenson Prior*
Paul Swenson Prior, Esq.
Nevada Bar No. 9324
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Attorneys for Defendant DeVry University, Inc.*

**ORDER**

IT IS SO ORDERED.

DATED: __October 13__, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

- 2 -

35395918v.1