HATFIELD & ASSOCIATES, LTD
Trevor J. Hatfield (SBN 7373)
thatfieldlawassociates.com
703 South Eighth Street
Las Vegas, NV 89101
Telephone:   (702) 388-4469
Facsimile:    (702) 386-9825

Attorneys for Plaintiff
LORI BRYANT

SEYFARTH SHAW LLP
Elisabeth Watson (*pro hac vice*)
ewatson@seyfarth.com
Larry M. Lawrence (*pro hac vice*)
llawrence@seyfarth.com
333 S. Hope Street, Suite 3900
Los Angeles, California 90071
Telephone:   (213) 270-9600
Facsimile:    (213) 270-9601

SNELL & WILMER, LLP
Swen Prior (NV SBN 9324)
sprior@swlaw.com
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone:   (702) 784-5200
Facsimile:    (702) 784-5252

Attorneys for Defendant
DEVRY UNIVERSITY, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LORI BRYANT, an individual, | Case No. 2:16-cv-01608-GMN-GWF |
| Plaintiff, | **STIPULATED REQUEST FOR DISMISSAL AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE.** |
| v. | |
| DEVRY UNIVERSITY INCORPORATED, a Foreign Corporation; DOES 1 through X, inclusive; ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

1

**TO THE COURT, PLAINTIFF, AND HER ATTORNEYS OF RECORD:**

2

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff

3

Lori Bryant and Defendant DeVry University, Inc. (erroneously sued as "DeVry

4

University Incorporated") by and through their attorneys, respectfully request that the

5

above-captioned matter be dismissed in its entirety (as to all defendants and all causes of

6

action) with prejudice; each party to bear their own attorney's fees and costs herein.

7

IT IS SO STIPULATED.

8

DATED: February 15, 2017                    HATFIELD & ASSOCIATES, LTD

9

10

11

By: /s/ Trevor J. Hatfield
    Trevor J. Hatfield
    Attorneys for Plaintiff
    LORI BRYANT

12

13

DATED: February 15, 2017                    SEYFARTH SHAW LLP
                                            SNELL & WILMER

14

15

16

By: /s/ Elisabeth Watson
    Elisabeth Watson
    Larry M. Lawrence
    Attorneys for Defendant
    DEVRY UNIVERSITY, INC.

17

18

19

20

21

22

23

24

25

26

27

28

2

**STIPULATED REQUEST FOR DISMISSAL**
**CASE NO. 2:16-CV-01608-GMN-GWF**

# <u>ORDER</u>

THE COURT HEREBY ORDERS that the above captioned-action is dismissed with prejudice pursuant to FRCP 41(a) and the Stipulated Request for Dismissal executed by all parties to the action on or about February 15, 2017.

**IT IS SO ORDERED.**

The Clerk of Court shall close the case.

Dated this __1__ day of March, 2017.

25761926.1

_____
Gloria M. Navarro, Chief Judge
United States District Court

---

**[PROPOSED] ORDER RE STIPULATED REQUEST FOR DISMISSAL**
**CASE NO. 2:16-CV-01608-GMN-GWF**